Louis L. Kurtz, OSB #760353
Louis L. Kurtz, P.C.
1050 Willagillespie Rd., Ste 5
Eugene, OR 97401
Telephone: (541) 484-1273
Facsimile: (541) 683-1815
Email: lou@llkpc.com

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **LINDA CONDELLO,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**COLUMBIA COUNTY,** an Oregon municipality,<br><br>Defendant. | Case No. 3:19-cv-1985<br><br>**DEFENDANT'S ANSWER** |

FOR ITS ANSWER TO PLAINTIFF'S COMPLAINT, defendant alleges:

1.

Admits that plaintiff was in the Columbia County Courthouse on December 8, 2017 when she sat in a chair outside courtrooms.

2.

Admits that the seat of the chair shifted slightly to one side and downward when the plaintiff sat on it.

3.

Admits that defendant had a duty to maintain a reasonably safe premises at the courthouse.

4.

Is without sufficient knowledge or information to admit or deny that plaintiff's permanent domicile is in the State of Washington.

5.

Except as admitted above, defendant denies each and every other allegation, matter and thing contained in the plaintiff's Complaint, and the whole thereof.

WHEREFORE, having fully answered the plaintiff's Complaint, defendant prays that the plaintiff's Complaint be dismissed and that defendant have and recover judgment for its costs and disbursements.

DATED this 31st day of December, 2019.

> LOUIS L. KURTZ, P.C.
> Attorney for Defendant
>
> *s/ Louis L. Kurtz*
> LOUIS L. KURTZ, OSB #760353
> Telephone: (541) 484-1273
> Facsimile: (541) 683-1815
> Email: lou@llkpc.com