IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LINDA CONDELLO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COLUMBIA COUNTY,<br><br>　　　　Defendant. | Case No. 3:19-cv-1985-SI<br><br>**VERDICT** |

We, the Jury, being duly empaneled and sworn, do unanimously find as follows:

1. **Was Columbia County negligent?**

    Yes _____    No \_\_\_X\_\_\_

*If you answered "Yes" to Question 1, proceed to question 2. If you answered "No" to Question 1, your verdict is for the Defendant, your deliberations are now complete, and the presiding juror should date and sign this form and inform the Courtroom Deputy that you are ready to return to the Courtroom*

2. **Did Columbia County's negligence cause injury to Linda Condello?**

    Yes _____    No _____

*If you answered "Yes" to Question 2, proceed to question 3. If you answered "No" to Question 2, your verdict is for the Defendant, your deliberations are now complete, and the presiding juror should date and sign this form and inform the Courtroom Deputy that you are ready to return to the Courtroom*

PAGE 1 – VERDICT

3. **What are Ms. Condello's damages?**

    Economic damages:

        a.    Medical expenses:    $ _____

        b.    Lost earnings:    $ _____

    Non-economic damages:    $ _____

*Your deliberations are now complete. Please have the presiding juror date and sign this form and inform the Courtroom Deputy that you are ready to return to the Courtroom.*

DATED this __16__ day of February, 2022.

PAGE 2 – VERDICT